UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 12-75695-JRS |
| | * |
| GLENN STEPHEN WILSON, SR., | * |
| AND | * CHAPTER 7 |
| NANCY CAROLYN WILSON, | * |
| | * |
| | * |
| DEBTORS. | * |
| | * |
| GLENN STEPHEN WILSON, SR., | * |
| NANCY CAROLYN WILSON, | * |
| MOVANTS, | * **CONTESTED MATTER** |
| VS. | * |
| | * |
| PNC BANK | * |
| RESPONDENT. | * |
| | * |

**MOTION TO DETERMINE SECURED STATUS OF CLAIM OF JUNIOR LIEN HOLDER PNC Bank**

COME NOW Glenn Stephen Wilson, Sr. and Nancy Carolyn Wilson, Debtors in the above-styled Chapter 7 case, and through counsel file this "Motion to Determine Status of Claim of Junior Lien Holder PNC Bank," and in support thereof states the following:

1.

Jurisdiction is appropriate pursuant to 28 U.S.C. Section 1334; LR 83.7A NDGA; and, the Order of Referral entered by the United States District Court Northern District of Georgia on 12 July 1984. Venue is appropriate pursuant to 28 U.S.C. Section 1409. This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(A) and (B).

2.

This motion is brought pursuant to 11 U.S.C. Section 506(a) and (d); Rule 3012 F. R. Bankr. P.; and, Rule 9014 F. R. Bankr. P. In line with the United States Court of Appeals for the Eleventh Circuit's decision in <u>McNeal v. GMAC Mortgage, LLC</u> (11-

/jas

11352, 11th Cir. 2012). Debtor seeks to "strip off" a wholly unsecured second priority lien on his home, pursuant to 11 U.S.C. Section 506 (d). Much like in McNeal, the debtor contends that the senior lien on his home exceeds the home's fair market value, thus leaving PNC Bank's junior lien wholly unsecured and, thus void under section 506(d).

3.

Respondent PNC Bank (hereinafter referenced as PNC Bank) is a foreign, for profit corporation, which may be served by first class mail to its Georgia agent for service of process, to-wit:

> PNC Bank
> Reg. Agent: Corporation Service Company
> 40 Technology Parkway South
> Suite 300
> Norcross, GA 30092

4.

Respondent PNC Bank may also be served by certified mail to its Chief Executive Officer at his address of record with the Georgia Secretary of State, to-wit:

> PNC Bank
> William S. Demchak
> 249 Fifth Avenue
> Pittsburgh, PA 15222-2707

5.

Respondent PNC Bank may also be served by first class mail to its Chief Financial Officer at his address of record with the Georgia Secretary of State, to-wit:

> PNC Bank
> Richard J. Johnson
> 249 Fifth Avenue
> Pittsburgh, PA 15222

/jas

6.

The instant chapter 13 case was initiated by the filing of Debtor's voluntary petition on October 12, 2012. Debtor's 341 Hearing is scheduled for November 8, 2012. The deadline for objections to discharge is set for January 7, 2013.

7.

Debtor's Schedule A reflects an ownership interest in residential real property located at 2006 Surrey Lane, Jonesboro, GA 30236 (hereinafter referenced as "the Property').Debtor lists the fair market value of the Property as $150,000.00. Eppraisal lists the fair market value at $69,631.00. Zillow lists the fair market value at $107,942.00 (see "Exhibit A").

8.

The Property is the Debtor's principal residence.

9.

Debtor's Schedule D reflects that the Property is subject to two mortgage liens. The first priority mortgage is held by Wells Fargo Home Mortgage in the approximate amount of $169,103.00.

10.

Debtor's Property is also subject to the second-priority mortgage held by PNC Bank in the total amount of $27,705.00. Based upon the value of the Property, and the amount of the first-priority mortgage and the second-priority mortgage exceed the value of the Property.

11.

Respondent's claim is not secured by any other property of Debtor or Debtor's bankruptcy estate.

*/jas*

12.

Pursuant to 11 U.S.C. Section 506(d), Respondent's lien against the Property should be declared void.

12.

Pursuant to 11 U.S.C. Section 506(d), Respondent's claim should be deemed wholly unsecured.

WHEREFORE, Debtor prays:

(a) that this "Motion to Determine Status of Claim of Junior Lien Holder PNC Bank" be filed, read, and considered;

(b) that a time, date and place be set for a hearing on the issues raised herein;

(c) that this motion be granted and Respondent's lien be determined to be void;

(d) that Respondent's claim be deemed a wholly unsecured claim; and,

(e) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
Clark & Washington, PC

/s/_____
Lucretia Scruggs
GA Bar No. 371008
Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

/jas



Sign Up | Sign In

Street Address    Zip Code or City, State    Search

Home Values    Sell Your Home    Homes For Sale    Mortgage Rates    Home Remodel

## 2006 Surrey Ln Jonesboro, GA 30236

Update Mortgage Rate Results →
Find and compare mortgage rates from national Lenders.

**Request Free Quote** by Amerisave Mortgage Corporation

| Lender | Loan Product | Rate | APR | Est. Pmt. | |
|---|---|---|---|---|---|
| AmeriSave Direct Mortgage Lender — Lender info | 30 Yr. Fixed | 3.125% | 3.607% | $214 | |
| | 30 Yr. Fixed | 3.250% | 3.629% | $218 | Learn More |
| | 30 Yr. Fixed | 3.375% | 3.703% | $221 | |
| | 15 Yr. Fixed | 2.375% | 3.215% | $330 | |
| | Updated 10/30/2012 | | | More details | |
| Residential Finance Corporation — Lender info | 30 Yr. Fixed | 3.125% | 3.285% | $214 | |
| | 30 Yr. Fixed | 3.250% | 3.330% | $218 | Learn More |
| | 30 Yr. Fixed | 3.500% | 3.500% | $225 | |
| | 15 Yr. Fixed | 2.375% | 2.661% | $330 | |
| | Updated 10/30/2012 | | | More details | |
| Quicken Loans NMLS #3030 — Lender info | 30 Yr. Fixed | 3.375% | 3.843% | $221 | |
| | 30 Yr. Fixed | 3.500% | 3.874% | $225 | Learn More |
| | 30 Yr. Fixed | 3.750% | 4.053% | $232 | |
| | 15 Yr. Fixed | 2.625% | 3.611% | $336 | |
| | Updated 10/31/2012 | | | More details | |
| NFM inc — Lender info | 30 Yr. Fixed | 3.125% | 3.285% | $214 | |
| | 30 Yr. Fixed | 3.250% | 3.330% | $218 | Learn More |
| | 30 Yr. Fixed | 3.500% | 3.500% | $225 | |
| | 15 Yr. Fixed | 2.375% | 2.661% | $330 | |
| | Updated 10/30/2012 | | | More details | |

*Rates based on 50000 loan amount. The rates were submitted by each individual lender/broker on the date indicated. Rate/APR terms offered by advertisers may differ from those listed above based on the creditworthiness of the borrower and other differences between an individual loan and the loan criteria used for quotes. These quotes are from banks, thrifts and brokers who have paid for a link to their website in the listings above and you can find additional information about their loan programs on their websites.*

### Valuation Estimates

 eppraisal

**$69,631**

Zillow.com

**$107,492**

Refinance Quote

2006 Surrey Ln Jonesboro, GA 30236
3 Bed, 3.00 Bath, 2141 Sq Ft, 0.9636 Acres
Get Refinance Quote | View More Details

### Contact a local Real Estate Agent

Brigitte Collier
C21 Elite Realty
Jonesboro, GA 30236

(404) 514-1277



Become a local pro

Appraiser
Anita Hale
(678) 755-9019

Jonesboro Appraisers

Real Estate Agent
raymond alexander
(917) 435-4114

Jonesboro Real Estate Agents

### Local Information
- More info about Jonesboro
- Homes for Sale in Jonesboro

### Helpful Links
- Home Values Trends and Statistics
- Local Demographic Statistics
- Need Assistance Moving?
- Find Local Foreclosures
- Local Job Opportunities
- Rentals in the Area

## Nearby Homes

List View    Map View

| Address | Bed/Bath | Sq. Ft. |
|---|---|---|
| 2020 Surrey Ln Jonesboro, GA 30236 | 3/2 | 1995 |
| 2038 Surrey Ln Jonesboro, GA 30236 | 4/3 | 1731 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 12-75695-JRS |
| | * | |
| GLENN STEPHEN WILSON, SR., | * | CHAPTER 7 |
| AND | * | |
| NANCY CAROLYN WILSON, | * | |
| | * | |
| | * | |
| DEBTORS. | * | |
| | * | |
| GLENN STEPHEN WILSON, SR., | * | |
| NANCY CAROLYN WILSON, | * | |
| MOVANTS, | * | **CONTESTED MATTER** |
| VS. | * | |
| | * | |
| PNC BANK | * | |
| RESPONDENT. | * | |

**NOTICE OF HEARING ON MOTION TO DETERMINE SECURED STATUS
OF CLAIM OF JUNIOR LIEN HOLDER PNC BANK**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a **"Motion"** seeking to determine status of claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1404 (14th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 10:00 AM, on December 18, 2012.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two

*/jas*

business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                                   Respectfully submitted,
                                                   Clark & Washington, PC

                                                   /s/_____
                                                 Lucretia Scruggs
                                                 GA Bar No. 371008
                                                 Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

*/jas*

## CERTIFICATE OF SERVICE

I certify that I served the parties listed below with a true and correct copy of the within and foregoing "Notice of Hearing on Motion to Determine Status of Claim of Junior Lien Holder PNC Bank" and "Motion to Determine Status of Claim of Junior Lien Holder PNC Bank" by placing the same in the United States Mail with adequate postage affixed to ensure delivery, and addressed as indicated:

Glenn Stephen Wilson, Sr.
Nancy Carolyn Wilson
2006 Surrey Lane
Jonesboro, GA 30238

PNC Bank
Reg. Agent: Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Served by Certified Mail Receipt
#70111150000029108059
PNC Bank
William S. Demchak
249 Fifth Avenue
Pittsburgh, PA 15222-2707

PNC Bank
Richard J. Johnson
249 Fifth Avenue
Pittsburgh, PA 15222

Wells Fargo Bank, N.A.
Reg. Agent: Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Wells Fargo Bank, N.A.
Carrie Tolstedt, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104

I further certify that, by agreement of the parties, Dale R. F. Goodman-Chapter 7 Trustee, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: 11/7/12

/s/
Lucretia Scruggs
GA Bar No. 371008
Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

/jas